**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 409 EAL 2014
:
                   Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
SHAWN BISHOP, :
:
                  Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal

is **DENIED**.